3/11/2020 12:17 PM
20CR12593

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | | |
|---|---|---|
| STATE OF OREGON, | ) | No. 20CR12593 |
| Plaintiff, | ) | |
| vs. | ) | **Affidavit in Support of Motion for Reduction of Bail** |
| VERNON LEE RASMUSSEN, | ) | |
| Defendant. | ) | |

STATE OF OREGON     )
                                      ) ss.
County of Washington )

    I, BRIAN DECKER, being first duly sworn and under oath, hereby state as follows.

    1. I am the attorney of record for Vernon Lee Rasmussen, having been appointed by this Court on February 28, 2020.

    2. On February 25, 2020, a grand jury indicted Rasmussen for two counts of rape in the first degree, two counts of unlawful sexual penetration in the first degree, and four counts of sexual abuse in the first degree. Rasmussen has pleaded not guilty and denies the allegations.

    3. Bail is currently set at an unaffordable $2,000,000.

    4. Rasmussen has a history of criminal convictions between 1997 and 2010, all drug and minor property offenses. He has no criminal convictions since two property misdemeanors in 2010. His most recent felony conviction was possession of a controlled substance in 2006. He has eight alleged failures to appear between 1997 and 2012.

    5. The state alleges that the charged offenses occured between twenty-two and fifteen years ago. By all accounts Rasmussen has had no contact with the alleged victim since that time, with the exception of a single chance encounter when she visited his work

PAGE 8 - MOTION AND AFFIDAVIT FOR PRETRIAL RELEASE

**METROPOLITAN PUBLIC DEFENDER**
400 E. MAIN STREET, SUITE 210     HILLSBORO, OREGON 97123-4166     503-726-7900     FAX 503-726-4950

**Dickens Dec., Exhibit 2**
**Page 1 of 2**

place. He does not know where she lives or works and has no intentions of contacting her. Rasmussen has been a law-abiding citizen for a decade, and his history of criminal convictions has nothing to do with violence.

6. Rasmussen was previously making about $2200 per month making knee and hip replacements at Orchic Orthopedics in Oregon City, but his job will not be available for him to return now that he has been jailed. He worked briefly at Lifeworks NW as well making a similar income. His only remarkable asset is a car worth approximately $1500 that he shares with his wife.

7. Rasmussen has been an Oregon resident since 1995, and he and his wife have lived at the same apartment in West Linn for over five years. He and his wife have a newborn, one month old. Rasmussen also has a brother living in Forest Grove.

8. Rasmussen's wife, Adriana, is willing to serve as a responsible supervising party. Her information is being forwarded to the Court's release office.

7. Rasmussen would abide by all of this Court's orders, including any reasonable conditions of release.

DATED this 11 day of March, 2020.

BRIAN DECKER, OSB # 165548
Attorney for Defendant

SUBSCRIBED AND SWORN TO this 11 day of March 2020.



Notary Public for Oregon
My Commission Expires: 1/26/2021

OFFICIAL STAMP
MELISSA L WILSON
NOTARY PUBLIC-OREGON
COMMISSION NO. 958408
MY COMMISSION EXPIRES JANUARY 26, 2021